# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2015-10147-MLW

MEMOGNE LAMOTHE,
         Defendant.

# PROPOSED ORDER
## SETTING CONDITIONS OF RELEASE

BOWLER, U.S.M.J.

After hearing, the Court finds that there is a combination of conditions of release which will reasonably assure the appearance of the defendant and the safety of other persons in the community. Accordingly, the Court proposes to set the following Conditions of Release:

    (1)    The defendant shall live only at 1209 Avalon Drive, Randolph, Massachusetts, 02360 ("the residence") and at no other location.

    (2)    The defendant is released into the Third Party Custody of his girlfriend, Chaneka Franklin.

    (3)    The defendant shall be subject to electronic monitoring at the residence and may not leave the residence during the hours of 8:00 P.M. and 7:00 A.M.

(4)     There must be a landline telephone at the residence and all features on the landline telephone which are incompatible with electronic monitoring must be removed **prior** to the defendant's release.

(5)      The defendant acknowledges that a warrant for his arrest has been signed by an authorized judicial officer and is being held in abeyance and, further, that the warrant will be activated without notice to the defendant if he should be found to have violated Condition # 3.

(6)     The defendant surrenders his passport to Pre-Trial Services on the next working day after her release and shall not apply for a passport or any type of travel documents while on release.

(7)     The defendant's travel is restricted to Massachusetts.

(8)     The defendant shall not possess any firearms, destructive devices or dangerous weapons while on release and there shall be no such firearms, destructive devices or dangerous weapons in the residence.

(9)     The defendant shall not use alcohol to excess and shall not use or possess any narcotic controlled substance except by prescription from a licensed medical practitioner.

(10)    The defendant shall submit to a drug test on the day of his release and at any time specified by Pretrial Services.

(11)    The defendant shall notify Pretrial Services within twenty-four (24) hours if he is arrested or has any contact with any law enforcement officials.

(12)    The defendant shall not violate any Federal, state or local law while on release, including the provisions of 18 U.S.C. §§ 1503, 1512 and 1513.

(13)    The defendant shall sign a $50,000 unsecured bond.

(14)    The defendant shall have no contact, either directly or indirectly, (except through his attorney) with any co-defendant or alleged gang members.

(15)    The defendant shall make reasonable efforts to get a job.

(16)    The defendant shall report to Pre-Trial Services whenever directed to do so.

.

_____
MARIANNE B.  BOWLER
United States Magistrate Judge

Date: _____