UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>LARRY BAILEY )<br>) | )<br>) Criminal No. 15CR-10147 |

## MOTION OF DEFENDANT LARRY BAILEY FOR DETENTION HEARING

The defendant, Larry Bailey, in the above-entitled matter moves this Court pursuant to 18 U.S.C. §§3141 and 3142, to schedule a further detention hearing. In support of this motion, the defendant states that on June 18, 2015, he was arrested as a result of an arrest warrant issued by the Court, Boal, M.J. On that date, the defendant was ordered temporarily detained by the Court, Dein, M.J. in accordance with 18 U.S.C. §3142(a)(3). After hearing on June 23, 2015, the defendant agreed to an order of voluntary detention without prejudice and the Court, Bowler, M.J., issued an order of voluntary detention. To date, the defendant has not been afforded a detention hearing pursuant to 18 U.S.C. §3142(f) to which he is entitled.

    Respectfully submitted
    By his attorney,

    /s/ Bernard Grossberg
    _____
    Bernard Grossberg
    15 Broad Street
    Suite 240
    Boston, MA 02109
    (617) 737-8558
    B.B.O. No. 212900
    bgrossberg@grossberglaw.com

# CERTIFICATE OF SERVICE

    I, Bernard Grossberg, Esq., hereby certify that on August 17, 2015, I served a true copy of **Motion Of Defendant Larry Bailey For Detention Hearing** upon Assistant United States Attorneys Emily Cummings and Michael Crowley, Office of the United States Attorney for the District of Massachusetts by electronic filing to all registered users.

                                                           /s/ Bernard Grossberg

                                                           _____

                                                           Bernard Grossberg