AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| <u>UNITED STATES</u><br>*Plaintiff*<br>v.<br><u>LARRY BAILEY</u><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   15-CR-10147-MLW-4 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Larry Bailey_.

Date:   __01/28/2016__

_____
*Attorney's signature*

__William Keefe__
*Printed name and bar number*

__#02 C Tremont Street__
*Address*

__wkeefelaw@yahoo.com__
*E-mail address*

__617-947-8483__
*Telephone number*

__617.445-8007__
*FAX number*