UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 15-10147-MLW |
| | ) | |
| LARRY BAILEY | ) | |

## ASSENTED-TO MOTION FOR A RULE 11 HEARING

Now comes the United States, through counsel, and with the assent of the defendant requests that this Court schedule a Rule 11 hearing anytime that is convenient with the court. The parties further request that the time from the date of the Interim Status Conference on April 12, 2016, until the Rule 11 hearing be excluded from consideration under the Speedy Trial Act, as the delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(7)(A).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/Emily Cummings
 EMILY CUMMINGS
 Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 15, 2016.

                                                /s/ Emily Cummings
                                                EMILY CUMMINGS
                                                Assistant U.S. Attorney