UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
                                    )
              v.                    )
                                    )
                                    )  Cr. No. 15-cr-10147-MLW
DAVID COKE, MICHAEL COKE,           )
ANTHONY CALDWELL, MEMOGNE           )
LAMOTHE, and MICHAEL MCNEILL,       )
        Defendants.                 )

ORDER

WOLF, D.J.                                          June 6, 2016

    For the reasons stated in court on June 3, 2016, it is hereby

ORDERED that:

    1.   Counsel for defendants David Coke, Michael Coke, Anthony

Caldwell, Memogne Lamothe, and Michael McNeill shall confer with

the government and, by June 13, 2016, report whether he requests

a Rule 11 hearing or a pretrial conference.

    2.   A Rule 11 hearing or a pretrial conference shall be held

as to each such defendant on June 22, 2016, at 1:00 p.m.

    3.   Because the ends of justice served by allowing the

parties to confer outweigh the interests of the defendants and the

public in a speedy trial, all time until June 22, 2016, is EXCLUDED

for Speedy Trial Act purposes. See 18 U.S.C. §3161(h)(7)(A).


                              UNITED STATES DISTRICT JUDGE