# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 15-CR-10147-MLW

### UNITED STATES OF AMERICA

v.

### DAVID COKE, MICHAEL COKE and MICHAEL McNEIL

## FINAL STATUS REPORT

June 15, 2016

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendants with conspiracy to distribute cocaine base and heroin, was returned on June 16, 2015;

2. The defendants were arraigned on the Indictment on June 23, 2015;

3. The defendants are in custody;

4. At the arraignment, the government anticipated a trial lasting two weeks and estimated calling 15 witnesses;

5. Counsel state that it is likely that the case will be resolved by way of a plea;

6.  The parties agree to exclude the time from this day until the first hearing before the district judge.

/s/ Marianne B. Bowler, USMJ
United States Magistrate Judge