UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Cr. No. 15-cr-10147-MLW |
| DAVID COKE, MICHAEL COKE, | ) |
| ANTHONY CALDWELL, MEMOGNE | ) |
| LAMOTHE, and MICHAEL MCNEILL, | ) |
| Defendants. | ) |

ORDER

WOLF, D.J.                                                          June 21, 2016

It is hereby ORDERED that:

1. Except for the Rule 11 hearing for defendant Anthony Caldwell, the June 22, 2016 hearing is CANCELLED.

2. The remaining parties shall, by July 22, 2016, submit further status reports.

3. Because the ends of justice served by allowing the parties to confer outweigh the interests of the defendants and the public in a speedy trial, all time until July 26, 2016, is EXCLUDED for Speedy Trial Act purposes. See 18 U.S.C. §3161(h)(7)(A).

                                                    /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE