UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:15-CR-10147-MLW-2 |
| | ) | |
| MICHAEL COKE | ) | |
| | ) | |

DEFENDANT MICHAEL COKE'S
MOTION FOR PRE PLEA
PRESENTENCE INVESTIGATION REPORT

Now comes the defendant in the above captioned matter and moves this Court to authorize a pre plea Presence Investigation Report to be conducted by the Probation Department of this Court.  In support of this Motion counsel for the defendant states that the defendant has been held in custody since his arrest in this case.  The parties have been attempting to schedule a Rule 11 hearing for the past six months but the Court has not scheduled one. The defendant hopes that by ordering a pre plea Presentence Investigation Report this case will move toward a speedy resolution.

Respectfully Submitted,

Counsel for the defendant,

*/s/ Liam Scully*

_____

Liam D. Scully
Scully & Lagos
101 Summer Street, 4th Floor
Boston, MA 02110
(617) 307-5056
liamdscully@aol.com

Dated: November 2, 2016

1

**Certificate of Service**

       I, Liam Scully, hereby certify that a copy of the foregoing has been served via CM/ECF to all parties identified on the NEF and paper copies will be sent to those indicated as non-registered participants.  */s/ Liam Scully*.  November 2, 2016