UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 1:15-CR-10147-MLW |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL COKE | ) | |

**SECOND ASSENTED TO
MOTION FOR RULE 11 HEARING**

Now comes counsel on behalf of the defendant and requests that this Court schedule a Rule 11 Hearing at a time convenient to the Court and the parties. The United States Assents to this Motion.

Respectfully Submitted,

Counsel for the defendant,

/s/ *Liam Scully*

───────────────────
Liam Scully
101 Summer Street
4th Floor
Boston, MA 02110
(617) 307-5056

Dated: January 30, 2017

## Certificate of Service

      I hereby certifiy that a copy of this motion has been filed and served though through the CM/ECF system and that no service is required to any party by any other means. /s/ *Liam Scully*, dated January 30, 2017